UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| CYNTHIA LINDSEY, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| LIFE INSURANCE | ) |
| COMPANY OF NORTH AMERICA, | ) |
| | ) |
| and | ) |
| | ) |
| TOYOTA MOTOR MANUFACTURING, | ) |
| KENTUCKY, INC. GROUP PLAN | ) |
| | ) |
| DEFENDANTS | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Life Insurance Company of North America ("LINA") and Toyota Motor Manufacturing, Kentucky, Inc. ("TMMK"), by counsel, hereby file this Notice of Removal to the United States District Court for the Eastern District of Kentucky, at Lexington, and state as follows:

1. On or about January 29, 2018 the Complaint in Case No. 18-CI-00068 was filed in Scott Circuit Court by Plaintiff against LINA and the "Toyota Motor Manufacturing, Kentucky, Inc., Group Plan."[1] TMMK is in fact a sponsor of an employee welfare benefit plan

---

[1] There is no legal entity or employee welfare benefit plan known as "Toyota Motor Manufacturing Kentucky, Inc., Group Plan." TMMK, which was served with process in connection with this action, is one of the sponsors of an employee welfare benefit plan that, at all times relevant to this action, has been known as the Toyota Motor Engineering & Manufacturing Health and Welfare Benefit Plan (the "Plan"). The Plaintiff in this action was, at the times relevant to this action, a participant in the Plan and it is clear from Plaintiff's Complaint that Plaintiff intended to name the Plan as a Defendant rather than TMMK. TMMK joins with
(continued…)

although that Plan is not correctly identified in Plaintiff's Complaint. The Summons, along with the Complaint, were served on LINA by certified mail and received on or about February 6, 2018, and on TMMK by certified mail on or about February 1, 2018. A copy of the Summons and Complaint is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon LINA and TMMK to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt by LINA and TMMK of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established and sponsored by Plaintiff's employer, TMMK, and funded by a long-term disability insurance policy issued by LINA. (Complt. ¶ 1). Plaintiff also seeks a judgment declaring that she is entitled to future long-term disability benefits and interest, and she seeks an award of attorney's fees.

**FEDERAL QUESTION JURISDICTION**

4. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq.* In the Complaint, Plaintiff

---

(…continued)

Defendant LINA in removing this action to this Court but does not concede or admit that it is proper party in this action, and it specifically reserves all defenses and objections to being named as a party in this action.

explicitly seeks benefits provided under group insurance policy FLK-0980011, which insures long-term disability benefits under an employee benefit plan established and maintained by, among others, her employer, TMMK. (Cmplt., ¶1).

5. The employee benefit plan established and maintained by TMMK, and any claim for benefits thereunder, are subject to ERISA. *See, e.g., Johnson v. Life Ins. Co. of N. Am.*, 2017 WL 412632 (E.D. Ky. Jan. 30, 2017)(slip op.); *Hatfield v. Life Ins. Co. of N. Am.*, 2015 WL 5680347 (E.D. Ky. 2015).

6. Based on this Court's prior opinions cited in the preceding paragraph, there can be no dispute that the employee benefit plan at issue, and thus this action, are governed by ERISA, and that this Court, therefore, has original federal subject matter jurisdiction over it.

7. While Plaintiff has pleaded a state common law claim for breach of contract and a claim for declaratory relief under a Kentucky statute, she also specifically pleads an alternative claim under § 502(a)(1)(B) of ERISA (codified at 29 U.S.C. § 1132(a)(1)(B)). (Cmplt., ¶¶ 5, 47-52). Plaintiff's state law claims, however, are merely duplicative of her claim under § 502(a)(1)(B), and ERISA therefore preempts Plaintiff's state law claims and causes of action as it provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries. *Hogan v. Jacobson,* 823 F.3d 872, 879 (6th Cir. 2016).

8. Similarly, because this case is subject to ERISA Plaintiff's demand for trial by jury is nullified by controlling federal law. *See Wilkins v. Baptist Healthcare System, Inc.*, 150 F.3d 609, 616 (6th Cir. 1998).

3

9. For the foregoing reasons, Plaintiff's action is removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendants, Life Insurance Company of North America and Toyota Motor Manufacturing, Kentucky, Inc., hereby give notice of this removal from the Scott Circuit Court to the United States District Court for the Eastern District of Kentucky, at Lexington.

Respectfully submitted,

/s/David A. Calhoun
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
*Counsel for Defendants, Life Insurance Company of North America and Toyota Motor Manufacturing, Kentucky, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 26th day of February, 2018 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System.  The undersigned further certifies a copy of same was served this 26th day of February, 2018 upon:

Anwar K. Malik
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, KY 40503

/s/David A. Calhoun
*One of Counsel for Defendants*

61710773.1