```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

CYNTHIA LINDSEY,              )
                              )
    Plaintiff,                )
                              )      Civil Case No.
v.                            )      5:18-cv-158-JMH
                              )
                              )
LIFE INSURANCE COMPANY OF     )
NORTH AMERICA.,               )      **ORDER**
et al.,                       )
                              )
    Defendants.               )

                                        ***

This matter is before the Court upon the parties' Agreed Order of Dismissal in which the parties advise the Court that they have settled all claims in this case. [DE 14]. The Court having reviewed the Motion and being otherwise sufficiently advised, **IT IS ORDERED**:

    (1) That all claims in this matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees;

    (2) That all pending motions are **DENIED AS MOOT**;

    (3) That all scheduled deadlines and proceedings are **CONTINUED GENERALLY**;

    (4) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 1st day of June, 2018.



Signed By:
*Joseph M. Hood* /s/
Senior U.S. District Judge